UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM TED HOLLIDAY,

    Petitioner,

v.                                                 Case No. 3:24cv591-LC-HTC

RICKY DIXON,

    Respondents.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 8, 2025 (ECF No. 40). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 40) is adopted and incorporated by reference in this order.

    2.    The petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DISMISSED for lack of jurisdiction because the petition is an unauthorized successive petition.

3. The clerk of court is directed to terminate all pending motions, enter judgment accordingly and close this case.

**DONE AND ORDERED** this 2nd day of October, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 5:24cv591-LC-HTC